## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

KEVIN WILLIAMS, AKA-KIRBY STEWART, : No. 136 MAL 2016

              Petitioner : Petition for Allowance of Appeal from the Order of the Commonwealth Court

          v. :

PENNSYLVANIA DEPARTMENT OF CORRECTIONS; AT SCI-MAHANOY ET AL; AT SCI-CAMP HILL ET AL., :

            Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.